|   |   |
|---|---|
| WILDE & ASSOCIATES | Electronically Filed on _____ |

Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

America's Servicing Company
08-76131 / 1205228417

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-19109-mkn |
| Shirley Brooks | Date: _____<br>Time: _____ |
| | Chapter 13 |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

1.      This request is filed pursuant to Bankruptcy Rule 2002 (g)  for the purpose of ensuring that the party listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

2.      The address to which all such notices in the above-referenced proceeding should be

Sent to its attorney of record at the addresses listed below:

1
2   America's Servicing Company            America's Servicing Company
3   One Home Campus                        One Home Campus
    MAC# X2302-045                         MAC# X2302-045
4   Des Moines, IA 50328                   Des Moines, IA 50328
5
6   DATED: 8/25/09                         WILDE/HANSEN, LLP
7
8                                          By _____
                                           Gregory L. Wilde, Esq.
9                                          Attorney for Secured Creditor
                                           208 South Jones Boulevard
10                                         Las Vegas, NV 89107
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| | | |
|---|---|---|
|1| **WILDE & ASSOCIATES** | Electronically Filed on _____ |
|2| Gregory L. Wilde, Esq. | |
| | Nevada Bar No. 004417 | |
|3| 208 South Jones Boulevard | |
| | Las Vegas, Nevada 89107 | |
|4| Telephone: 702 258-8200 | |
| | bk@wildelaw.com | |
|5| Fax: 702 258-8787 | |
| | and | |
|6| MARK S. BOSCO, ESQ. | |
|7| Arizona Bar No. 010167 | |
| | TIFFANY & BOSCO, P.A. | |
|8| 2525 East Camelback Road, Suite 300 | |
| | Phoenix, Arizona 85016 | |
|9| Telephone: (602) 255-6000 | |
|10| America's Servicing Company | |
|11| 08-76131 / 1205228417 | |

UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-19109-mkn |
| Shirley Brooks | Date: _____ |
| | Time: _____ |
| _____ Debtor. | Chapter 13 |

### CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE

I hereby certify that I served a true and correct copy of the Request for Special Notice on the 25th day of September, 2009 by electronic mail and/or mailing a copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Las Vegas, Nevada, addressed as set forth below:

David Krieger
davkrieg@hainesandkrieger.com
Attorney for Debtor

Rick A. Yarnall
ecfmail@lasvegas13.com
Trustee

Shirley Brooks
704 Salt Flats Cir.
Henderson, AZ  89015
Debtor

_Holly Best_
DECLARANT

_Holly Best_
(SIGNATURE OF DECLARANT)